# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER MARVIN,<br><br>            Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | Case No. 2:25-cv-1329-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on Plaintiff's Motion for a six-month trial continuance, Dkt. #18. The Court has reviewed Plaintiff's Motion, Boeing's Opposition, and Plaintiff's Reply brief. The Court is convinced there is good cause to continue the trial date to November 9, 2026, to accommodate a change to Plaintiff's counsel. The Court will issue a new scheduling order that continues all non-expired deadlines consistent with the new trial date.

Accordingly, it is hereby ORDERED that:

1. The Motion for a trial continuance, Dkt. #11, is GRANTED.

2. The trial in this matter shall be re-set for November 9, 2026.

3. The Court will issue a new scheduling order consistent with this trial date.

DATED this 7th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
CONTINUE - 1